DI CICCO *v.* FLETCHER

Appeal from Macomb, Edward J. Gallagher, J. Submitted Division 2 February 9, 1971, at Detroit. (Docket No. 9253.)  Decided April 1, 1971.

Complaint by John A. Di Cicco against Robert Fletcher and James Dubrico for automobile negligence.  Motor Vehicle Accident Claims Fund intervened as party defendant.  Accelerated judgment for intervening defendant Motor Vehicle Accident Claims Fund.  Plaintiff appeals.  Reversed.

*Goldsmith, Yaker & Goldsmith* (by *Stuart L. Young*), for plaintiff.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Joseph B. Bilitzke,* Assistant Attorney General, and *William Ross,* Special Assistant Attorney General, for intervening defendant.

Before: DANHOF, P. J., and HOLBROOK and BRONSON, JJ.

PER CURIAM.  The issue presented in the instant case is identical to the issue considered by this Court in *Steel* v. *Wilson* (1971), 29 Mich App 388.

The trial court, citing MCLA § 257.1107(3) (Stat Ann 1968 Rev § 9.2807[3]) as authority, granted the

defendant an accelerated judgment. This result is inconsistent with our holding in *Steel* v. *Wilson, supra.* Accordingly, the judgment is reversed and the case remanded. No costs, a public question being involved.